IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL ANDREWS** | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 16-3636 |
| | : | |
| **WARDEN GERALD MAY, et al.,** | : | |

**O R D E R**

**AND NOW,** this   12th   day of December, 2016, upon careful and independent consideration of the pleadings and record herein, and after review of the thorough and well-reasoned Report and Recommendation of the Honorable Thomas J. Rueter, United States Magistrate Judge, there being no Objections thereto, IT IS HEREBY ORDERED that:

1. This action shall be removed from suspense and returned to the active docket.

2. The Report and Recommendation is APPROVED and ADOPTED.

3. The petition for writ of *habeas corpus* is DISMISSED without prejudice for failure to exhaust state court remedies; and

4. A certificate of appealability will not issue because reasonable jurists could not debate this court's procedural ruling as required under 28 U.S.C. § 2253(c)(2).  See Slack v. McDaniel, 529 U.S. 475, 484 (2000).

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.